USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 28 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA       :

        - v. -              :  **REVISED ORDER**

CARLOS CUEVAS,                 :  07 Cr. 892 (JGK)
JAMES YOON,
   a/k/a "Peter Kim,"          :
THOMAS BUTLER, and
SHAWN ARMSTRONG,               :

               Defendants.   :
- - - - - - - - - - - - - - - - - -X

      Upon the application of the United States, by the United States Attorney for the Southern District of New York, by Assistant United States Attorney Marissa Molé;

      It is found that the Indictment in the above-captioned action was filed and sealed on or about September 20, 2007; and

      It is further found that the United States Attorney's Office applied to have the Indictment unsealed on September 22, 2007; and

      It is further found that Magistrate Judge Francis unsealed the Indictment on Saturday, September 22, 2007, but did not have the docket number at the time; and it is therefore

      ORDERED that the Indictment in the above-mentioned action be unsealed and remain unsealed pending further order of the court.

DATED:   New York, New York
          September 28, 2007

                                   /s/ James C. Francis IV
                              UNITED STATES MAGISTRATE JUDGE

                              JAMES C. FRANCIS IV
                   UNITED STATES     MAGISTRATE JUDGE
                SOUTHERN DISTRICT OF NEW YORK