IH-14

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA
against

(Alias) SHAWN ARMSTRONG

Please PRINT Clearly

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/2007

07 cr 892 (JGK)
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO: **CLERK OF COURT S.D.N.Y.**

SIR:  YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS  (Please check one)

1. [X] CJA    2. [ ] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO   [X] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. 10  YR. 1969

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE NY STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

SIGNATURE _____
PRINT THE FOLLOWING INFORMATION CLEARLY

Martin J Siegel
Attorney for Defendant

Law Office of MJ Siegel
Firm name if any

150 Broadway, Suite 1400
Street address

NY    NY    10038
City    State    Zip

212 349-9170
Telephone No

NOTE:  PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186